IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEWELL MORNING STAR FARRIS,        08-CV-3128-ST

       Plaintiff,                ORDER

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

       Defendant.


PHILIP W. STUDENBERG
Attorney at Law
200 Pine Street
Klamath Falls, OR 97601
(541) 882-1426

       Attorney for Plaintiff

KARIN J. IMMERGUT
United States Attorney
ADRIAN L. BROWN
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
(503) 727-1000

1 - ORDER

**DAVID MORADO**
Office of the General Counsel
**DAVID J. BURDETT**
**LEISA A. WOLF**
**WILLY M. LE**
Special Assistant United States Attorneys
701 Fifth Avenue, Suite 2900 MS/901
Seattle, WA  98104
(206) 615-2271

    Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#17) on August 14, 2009, in which she recommends the Court affirm the Commissioner's decision denying Plaintiff's application for supplemental security income.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

    The Court **ADOPTS** Magistrate Judge Stewart's Findings and

2  -  ORDER

Recommendation (#17). Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 28th day of October, 2009.

_____
ANNA J. BROWN
United States District Judge

3  - ORDER